**Sajjad NASIR, Petitioner,**

v.

**Eric H. HOLDER, JR., U.S. Attorney General, Respondent.**

No. 11–60649

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 31, 2012.

Usman B. Ahmad, Esq., Long Island City, NY, for Petitioner.

Janette Louise Allen, Esq., Trial Attorney, Tangerlia Cox, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, for Respondent.

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM: *

Sajjad Nasir petitions for review of the order of the Board of Immigration Appeals (BIA) denying his motion to reopen. He does not contest the holdings of the BIA that his motion is numerically barred pursuant to 8 C.F.R. § 1003.23(b)(4)(ii) and, alternatively, that it is time barred pursuant to 8 U.S.C. § 1229a(c)(7)(C)(i); rather he argues that the BIA should have afforded him equitable tolling based upon the ineffective assistance that he received from prior attorneys or that it otherwise should have exercised its discretion to reopen proceedings sua sponte pursuant to 8 C.F.R.

§ 1003.2. We lack jurisdiction to review the BIA's refusal to reopen proceedings on these grounds. *See Ramos–Bonilla v. Mukasey,* 543 F.3d 216, 219–20 (5th Cir. 2008). We need not address the remainder of Nasir's arguments pertaining to the merits of his motion to reopen.

Nasir's petition for review is DISMISSED FOR LACK OF JURISDICTION.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.